— **EXHIBIT A** —

## **NOTICE ABOUT PATIENT AND MEMBER DATA**

June 10, 2022

To Patients and Members of MCG Customers,

MCG Health, LLC ("MCG") provides patient care guidelines to health care providers and health plans. This notice concerns a recent data security issue at MCG that may involve certain personal information of our customers' patients and members.

MCG determined on March 25, 2022 that an unauthorized party previously obtained certain personal information about affected individuals that matched data stored on MCG's systems. The affected data included some or all of the following data elements: names, Social Security numbers, medical codes, postal addresses, telephone numbers, email addresses, dates of birth and gender.

Upon learning of this issue, MCG took steps to understand its nature and scope. A leading forensic investigation firm was retained to assist in the investigation. Additionally, MCG is coordinating with law enforcement. MCG has deployed additional monitoring tools and will continue to enhance the security of its systems.

We regret any concern this issue may cause. MCG is alerting affected individuals about this issue so they can take steps to help protect their information. Affected individuals are entitled under U.S. law to one free credit report annually from each of the three nationwide consumer reporting agencies. To order a free credit report, visit www.annualcreditreport.com or call toll-free at 1-877-322-8228. We encourage affected individuals to remain vigilant by reviewing their account statements and monitoring their free credit reports. The Reference Guide below provides recommendations by the U.S. Federal Trade Commission on the protection of personal information.

We hope this information is useful. For more details about this issue, please call 1-866-475-7221 Monday – Friday, 6 am to 8 pm PT; Saturday – Sunday, 8 am to 5 pm PT.

Sincerely,

*Jon Shreve*

Jon Shreve
President and CEO

# Reference Guide

We encourage affected individuals to take the following steps:

**<u>Order Your Free Credit Report.</u>**  To order your free credit report, visit www.annualcreditreport.com, call toll-free at 1-877-322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC's") website at www.consumer.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281.  The three nationwide consumer reporting agencies provide free annual credit reports only through the website, toll-free number or request form.

When you receive your credit report, review it carefully.  Look for accounts you did not open.  Look in the "inquiries" section for names of creditors from whom you haven't requested credit.  Some companies bill under names other than their store or commercial names.  The consumer reporting agency will be able to tell you when that is the case.  Look in the "personal information" section for any inaccuracies in your information (such as home address and Social Security number).  If you see anything you do not understand, call the consumer reporting agency at the telephone number on the report.  Errors in this information may be a warning sign of possible identity theft.  You should notify the consumer reporting agencies of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected.  If there are accounts or charges you did not authorize, immediately notify the appropriate consumer reporting agency by telephone and in writing.  Consumer reporting agency staff will review your report with you.  If the information cannot be explained, then you will need to call the creditors involved.  Information that cannot be explained also should be reported to your local police or sheriff's office because it may signal criminal activity.

**<u>Report Incidents.</u>**  If you detect any unauthorized transactions in a financial account, promptly notify your payment card company or financial institution.  If you detect any incident of identity theft or fraud, promptly report the incident to law enforcement, the FTC and your state Attorney General.  If you believe your identity has been stolen, the FTC recommends that you take these steps:
- Close the accounts that you have confirmed or believe have been tampered with or opened fraudulently.  For streamlined checklists and sample letters to help guide you through the recovery process, please visit https://www.identitytheft.gov/.
- File a local police report.  Obtain a copy of the police report and submit it to your creditors and any others that may require proof of the identity theft crime.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft and how to repair identity theft:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft/

**Consider Placing a Fraud Alert on Your Credit File.** To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect you against the possibility of an identity thief opening new credit accounts in your name. When a merchant checks the credit history of someone applying for credit, the merchant gets a notice that the applicant may be the victim of identity theft. The alert notifies the merchant to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free numbers provided below. You will reach an automated telephone system that allows you to flag your file with a fraud alert at all three consumer reporting agencies. For more information on fraud alerts, you also may contact the FTC as described above.

| Equifax | Equifax Information Services LLC<br>P.O. Box 740241<br>Atlanta, GA 30374 | 1-800-525-6285 | www.equifax.com |
|---|---|---|---|
| Experian | Experian Inc.<br>P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | TransUnion LLC<br>P.O. Box 2000<br>Chester, PA 19016 | 1-800-680-7289 | www.transunion.com |

**Consider Placing a Security Freeze on Your Credit File.** You may wish to place a "security freeze" (also known as a "credit freeze") on your credit file. A security freeze is designed to prevent potential creditors from accessing your credit file at the consumer reporting agencies without your consent. *Unlike a fraud alert, you must place a security freeze on your credit file at each consumer reporting agency individually*. There is no charge to place or lift a security freeze. For more information on security freezes, you may contact the three nationwide consumer reporting agencies or the FTC as described above. As the instructions for establishing a security freeze differ from state to state, please contact the three nationwide consumer reporting agencies to find out more information.

The consumer reporting agencies may require proper identification prior to honoring your request. For example, you may be asked to provide:
- Your full name with middle initial and generation (such as Jr., Sr., II, III)
- Your Social Security number
- Your date of birth
- Addresses where you have lived over the past five years

- A legible copy of a government-issued identification card (such as a state driver's license or military ID card)
- Proof of your current residential address (such as a current utility bill or account statement)

**For Iowa Residents.** You may contact law enforcement or the Iowa Attorney General's Office to report suspected incidents of identity theft. This office can be reached at:

Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319
(515) 281-5164
www.iowaattorneygeneral.gov

**For Maryland Residents.** You can obtain information from the Maryland Office of the Attorney General about steps you can take to avoid identity theft. You may contact the Maryland Attorney General at:

Maryland Office of the Attorney General
Consumer Protection Division
200 St. Paul Place
Baltimore, MD 21202
(888) 743-0023 (toll-free in Maryland)
(410) 576-6300
www.marylandattorneygeneral.gov

**For Massachusetts Residents.** You have the right to obtain a police report and request a security freeze as described above. The consumer reporting agencies may require that you provide certain personal information (such as your name, Social Security number, date of birth, and address) and proper identification (such as a copy of a government-issued ID card and a bill or statement) prior to honoring your request to place a security freeze on your account.

**For New Mexico Residents.** You have rights under the federal Fair Credit Reporting Act ("FCRA"). These include, among others, the right to know what is in your file; to dispute incomplete or inaccurate information; and to have consumer reporting agencies correct or delete inaccurate, incomplete, or unverifiable information. For more information about the FCRA, please visit https://www.consumer.ftc.gov/articles/pdf-0096-fair-credit-reporting-act.pdf or www.ftc.gov.

**For New York Residents.** You can obtain information from the New York State Office of the Attorney General about how to protect yourself from identity theft and tips on how to protect your privacy online. You can contact the New York State Office of the Attorney General at:

Office of the Attorney General
The Capitol
Albany, NY 12224-0341
1-800-771-7755 (toll-free)
1-800-788-9898 (TDD/TTY toll-free line)
https://ag.ny.gov/

Bureau of Internet and Technology (BIT)
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8433
https://ag.ny.gov/internet/resource-center

**For North Carolina Residents.** You can obtain information from the North Carolina Attorney General's Office about preventing identity theft. You can contact the North Carolina Attorney General at:

North Carolina Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001
(877) 566-7226 (toll-free in North Carolina)
(919) 716-6400
www.ncdoj.gov

**For Oregon Residents.** We encourage you to report suspected identity theft to the Oregon Attorney General at:

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(877) 877-9392 (toll-free in Oregon)
(503) 378-4400
http://www.doj.state.or.us

**For Rhode Island Residents.** You may obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General at:

Rhode Island Office of the Attorney General
Consumer Protection Unit

150 South Main Street
Providence, RI 02903
(401)-274-4400
www.riag.ri.gov

You have the right to obtain a police report and request a security freeze as described above. The consumer reporting agencies may require that you provide certain personal information (such as your name, Social Security number, date of birth, and address) and proper identification (such as a copy of a government-issued ID card and a bill or statement) prior to honoring your request for a security freeze on your account.

**For Washington, D.C. Residents.**  You may obtain information about preventing and avoiding identity theft from the Office of the Attorney General for the District of Columbia at:

Office of the Attorney General for the District of Columbia
441 4th Street NW
Suite 1100 South
Washington, D.C. 20001
(202) 727-3400
https://oag.dc.gov/