1

2

3

4

5

6

7

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA CRAWFORD and MICHAEL PRICE, on behalf of themselves and all others similarly situated,   )<br>)<br>)<br>) | No. 2:22-cv-00894-RSM |
|               Plaintiff,  )<br>) | STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' COMPLAINT |
|     v.                 )<br>) | |
| MCG HEALTH, LLC, a Washington limited liability company,        )<br>)<br>) | **Noted for Consideration:**<br>**July 15, 2022** |
|               Defendant.   ) | |

**STIPULATION**

The parties, by and through their undersigned counsel of record, without waiver of any rights or defenses, respectfully stipulate and move that the deadline for Defendant MCG Health, LLC ("MCG Health") to serve a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 ("Response") shall be extended as follows: (i) absent the filing of a consolidated complaint, MCG shall file its Response by September 12, 2022; and (ii) if a consolidated complaint is filed, MCG Health shall file its Response the later of 45 days from the filing of the consolidated complaint or September 12, 2022.

In the event that Defendant answers or moves to dismiss under 12(b)(6) any complaint pending in an action arising out of the same facts as this action ("Other Action"), Defendant agrees it shall concurrently respond in this action. This requirement to respond

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 1
(2:22-cv-00894-RSM)
4894-3951-4665v.2 0050033-004400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

in this action is not triggered by any other filing by Defendant in the Other Action,

including those relating to a motion regarding venue, jurisdiction, or first-to-file made in

another jurisdiction.

Dated this 15th day of July 2022.

**Counsel for Plaintiffs Linda Crawford and Michael Price**
TURKE & STRAUSS LLP

By: _s/ Samuel J. Strauss (per email authorization)_
Samuel J. Strauss, WBSA #46971
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Tel: (608) 237-1775
Fax: (608) 509-4423
E-mail: sam@turkestrauss.com

**Counsel for Defendant MCG Health, LLC**
DAVIS WRIGHT TREMAINE LLP

By _s/ Jaime Drozd Allen_
Jaime Drozd Allen, WSBA # 35742
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8039
Fax: (206) 757-7700
E-mail: jaimeallen@dwt.com

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 2
(2:22-cv-00894-RSM)
4894-3951-4665v.2 0050033-004400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington  98104-1610
(206) 622-3150 · Fax: (206) 757-7700

1

ORDER

2

It is so ordered.

3

4

DATED this 19th day of July, 2022.

5

6

7

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 3
(2:22-cv-00894-RSM)
4894-3951-4665v.2 0050033-004400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700