The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA SAIKI,<br><br>               Plaintiff,<br><br>    v.<br><br>MCG HEALTH, LLC,<br><br>               Defendant. | NO. 2:22-CV-849-RSM-DWC<br><br>**STIPULATED ORDER TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42 AND CONTINUE CASE MANAGEMENT DEADLINES** |
| CYNTHIA STRECKER,<br><br>               Plaintiff,<br><br>    v.<br><br>MCG HEALTH, LLC,<br><br>               Defendant. | NO. 2:22-cv-862-RSM-DWC |

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | LEO THORBECKE and MARJORITA DEAN, | NO. 2:22-cv-870-RSM-DWC |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | MCG HEALTH, LLC, | |
| 5 | Defendant. | |
| 6 | | |

| | | |
|---|---|---|
| 7 | LINDA BOOTH, MARY NAPIER, and CANDACE DAUGHERTY, | NO. 2:22-cv-00879-RSM-DWC |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | MCG HEALTH, LLC, | |
| 11 | Defendant. | |
| 12 | | |

| | | |
|---|---|---|
| 13 | EVA DRESCH, | NO. 2:22-cv-892-RSM-DWC |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | MCG HEALTH, LLC, | |
| 17 | Defendant. | |

| | | |
|---|---|---|
| 18 | LINDA CRAWFORD and MICHAEL PRICE, | NO. 2:22-cv-00894-RSM-DWC |
| 19 | Plaintiffs, | |
| 20 | | |
| 21 | v. | |
| 22 | MCG HEALTH, LLC, | |
| 23 | Defendant. | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| JAN TAYLOR and SHELLEY TAYLOR,<br><br>          Plaintiffs,<br><br>     v.<br><br>MCG HEALTH, LLC,<br><br>          Defendant. | NO. 2:22-cv-00925-RSM-DWC |
| JULIE MACK, JOANNE MULLINS and INGRID COX,<br><br>          Plaintiffs,<br><br>     v.<br><br>MCG HEALTH, LLC,<br><br>          Defendant. | NO. 2:22-cv-00935-RSM-DWC |
| KENNETH HENSLEY, as guardian of R.H.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MCG HEALTH, LLC,<br><br>          Defendant. | NO. 2:22-cv-00978-RSM-DWC |

WHEREAS, between June 16, 2022 and July 15, 2022, nine (9) related proposed class actions were filed in the United States District Court, Western District of Washington arising out of an alleged data breach involving MCG Health, LLC ("MCG" or "Defendant"):

- *Saiki v. MCG Health, LLC*, No. 2:22-cv-00849 ("*Saiki*"), filed June 16, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862 ("*Strecker*"), filed June 20, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 3

1    • *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870 ("*Thorbecke*"), filed

2    June 21, 2022, and currently pending before Judge Ricardo S. Martinez and

3    Judge David W. Christel;

4    • *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879 ("*Booth*"), filed June 22,

5    2022, and currently pending before Judge Ricardo S. Martinez and Judge David

6    W. Christel;

7    • *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892 ("*Dresch*"), filed June 24,

8    2022, and currently pending before Judge Ricardo S. Martinez and Judge David

9    W. Christel;

10   • *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894 ("*Crawford*"), filed

11   June 24, 2022, and currently pending before Judge Ricardo S. Martinez and

12   Judge David W. Christel;

13   • *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925 ("*Taylor*"), filed July 1,

14   2022, and currently pending before Judge Ricardo S. Martinez and Judge David

15   W. Christel;

16   • *Mack v. MCG Health, LLC*, No. 2:22-cv-00935 ("*Mack*"), filed July 6, 2022,

17   and currently pending before Judge Ricardo S. Martinez and Judge David W.

18   Christel; and

19   • *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978 ("*Hensley*"), filed July 15,

20   2022, and currently pending before Judge Ricardo S. Martinez and Judge David

21   W. Christel (together, the "Related Cases").

22   WHEREAS, on August 3, 2022, the Court ordered the parties "to meet-and-confer in

23   accordance with Local Civil Rule 42(b) and either file a stipulation to consolidate or file a

24   response of no more than five pages (excluding supporting declarations) SHOWING CAUSE

25   why the above captioned cases should not be consolidated (without prejudice to later

26   bifurcation, as appropriate) on or before August 22, 2022." Dkt. 27.

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    WHEREAS, the parties have conferred and agree that consolidation is appropriate

2  under Federal Rule of Civil Procedure (FRCP) 42(a) because the Related Cases involve

3  common questions of law or fact, specifically, the cases name a common defendant, and allege

4  similar claims on behalf of overlapping classes arising from the same alleged data breach;

5    WHEREAS, the Related Cases presently have varying court-imposed deadlines for

6  holding the FRCP 26(f) conference, submitting initial disclosures, and submitting the Joint

7  Status Report and Discovery Plan (*see, e.g., Booth*, Dkt. No. 15);

8    WHEREAS, maintaining these varying deadlines prior to consolidation would lead to

9  inefficiency, duplication of effort, and an unnecessary expenditure of resources;

10    WHEREAS, to conserve party resources and for efficiency, the parties agree to defer the

11  above-mentioned deadlines until after the filing of a consolidated complaint;

12    NOW THEREFORE, pursuant to Local Civil Rule (LCR) 42 and the Court's August 3,

13  2022 Orders, the Parties STIPULATE and AGREE that:

14    1.    The following actions pending in this District shall be consolidated for pre-trial

15  proceedings and trial pursuant to FRCP 42(a) (hereafter the "Consolidated Action"):

16    • *Saiki v. MCG Health, LLC*, Cause No. 2:22-cv-00849, Judge Ricardo S. Martinez

17    • *Strecker v. MCG Health, LLC*, Cause No. 2:22-cv-00862, Judge Ricardo S. Martinez

18    • *Thorbecke, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00870, Judge Ricardo S.

19      Martinez

20    • *Booth, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00879, Judge Ricardo S.

21      Martinez

22    • *Dresch v. MCG Health, LLC*, Cause No. 2:22-cv-00892, Judge Ricardo S. Martinez

23    • *Crawford, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00894, Judge Ricardo S.

24      Martinez

25    • *Taylor, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00925, Judge Ricardo S.

26      Martinez

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

- *Mack, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00935, Judge Ricardo S. Martinez

- *Hensley v. MCG Health, LLC*, Cause No. 2:22-cv-00978, Judge Ricardo S. Martinez

2. All papers filed in the Consolidated Action must be filed under Case. No. 2:22-cv-00849, the number assigned to the first-filed case, and must bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re MCG Health Data Security Issue Litigation | Case No. 2:22-cv-00849 |
|---|---|

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 2:22-cv-00849.

4. The clerk is directed to file this order in all nine cases first, then administratively close the following related cases:

 a. *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862;

 b. *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870;

 c. *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879;

 d. *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892;

 e. *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894;

 f. *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925;

 g. *Mack v. MCG Health, LLC*, No. 2:22-cv-00935;

 h. *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978.

5. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be automatically

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

consolidated with it within 10 calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

6.   As soon as practicable, the parties shall file a Notice of Related Cases pursuant to LCR 3(g) whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

a.  place a copy of this Order in the separate file for such action;

b.  serve on plaintiff's counsel in the new case a copy of this Order;

c.  direct that this Order be served upon defendant(s) in the new case; and

d.  make the appropriate entry in the Master Docket.

7.   The Parties further stipulate and agree to the following deadlines in the Related Cases:

| Event | Deadline |
| --- | --- |
| Consolidated Class Action Complaint | 30 days after the Related Cases are consolidated |
| FRCP 26(f) Conference | 30 days after briefing is completed on Defendant's Motion to Dismiss |
| Defendant's Answer or Responsive Pleading[1] | 45 days after filing of Consolidated Class Action Complaint |
| Joint Status Report and Discovery Plan | 45 days after briefing is completed on Defendant's Motion to Dismiss |
| Initial disclosures pursuant to FRCP 26(a)(1) | 25 days after the FRCP 26(f) Conference |
| Motion for class certification | To be set in connection with the issuance of a scheduling order after the Parties conduct their FRCP 26(f) conference and submit their Joint Status Report |

---

[1] In the event MCG replies by way of motion, the Parties agree to meet and confer and submit a stipulation regarding an appropriate briefing schedule.

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 7

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  **IT IS SO STIPULATED.**

2      DATED this 17th day of August, 2022.

3  By: */s/ Jason T. Dennett*                    By: */s/ Jennifer Rust Murray*

4  Jason T. Dennett (WSBA 30686)              Beth E. Terrell (WSBA #26759)
   Rebecca L. Solomon (WSBA 51520)            Jennifer Rust Murray (WSBA #36983)

5  **TOUSLEY BRAIN STEPHENS PLLC**           **TERRELL MARSHALL LAW GROUP**
   1200 Fifth Avenue, Suite 1700              **PLLC**

6  Seattle, WA 98101-3147                     936 North 34th Street, Suite 300
   Telephone: (206) 682-5600                  Seattle, WA 98103-8869

7  Facsimile: (206) 682-992                   Telephone: 206-816-6603
   jdennett@tousley.com                       Facsimile: 206-319-5450

8  rsolomon@tousley.com                       bterrell@terrellmarshall.com
                                              jmurray@terrellmarshall.com

9  Gary M. Klinger (*Pro Hac Vice*)

10 **MILBERG COLEMAN BRYSON**                 Adam E. Polk (*Pro Hac Vice*)
   **PHILLIPS GROSSMAN, PLLC**                Simon Grille (*Pro Hac Vice*)

11 227 W. Monroe Street, Suite 2100           Jessica Cook (*Pro Hac Vice*)
   Chicago, IL 60606                          **GIRARD SHARP LLP**

12 Telephone: (202) 429-2290                  601 California Street, Suite 1400
   gklinger@milberg.com                       San Francisco, California 94108

13                                            Telephone: (415) 981-4800

14 Bryan L. Bleichner (*Pro Hac Vice*)        Facsimile: (415) 981-4846

15 **CHESTNUT CAMBRONNE PA**                  apolk@girardsharp.com
   100 Washington Avenue South, Suite 1700    sgrille@girardsharp.com

16 Minneapolis, MN 55401                      jcook@girardsharp.com
   Telephone: (612) 339-7300

17 Facsimile: (612) 336-2940

18 bbleichner@chestnutcambronne.com           *Counsel for Plaintiffs Linda Booth, Mary
                                              Napier, Candace Daugherty, and the*

19 *Counsel for Plaintiff Diana Saiki and the*  *Proposed Class*
   *Proposed Class*

20

21 By: */s/ M. Anderson Berry*                  By: */s/ Jason T. Dennett*

22 M. Anderson Berry                          Jason T. Dennett (WSBA 30686)
   **CLAYEO C. ARNOLD, A**                    Rebecca L. Solomon (WSBA 51520)

23 **PROFESSIONAL LAW CORP.**                 **TOUSLEY BRAIN STEPHENS PLLC**
   865 Howe Avenue                            1200 Fifth Avenue, Suite 1700

24 Sacramento, CA 95825                       Seattle, WA 98101-3147
   Telephone: (916) 239-4778                  Telephone: (206) 682-5600

25 Facsimile: (916) 924-1829                  Facsimile: (206) 682-992
   aberry@justice4you.com                     jdennett@tousley.com

26                                            rsolomon@tousley.com

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 8

Timothy W. Emery (WSBA 34078)
Patrick B. Reddy (WSBA 34092)
**EMERY REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com

*Counsel for Plaintiffs Jay Taylor, Shelley Taylor, and the Proposed Class*

Jeffrey S. Goldenberg (*Pro Hac Vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Charles E. Schaffer (*Pro Hac Vice*)
Nicholas Elia (*Pro Hac Vice*)
**LEVIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

*Counsel for Plaintiffs Leo Thorbecke, Marjorita Dean, and the Proposed Class*

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (WSBA 46971)
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com

*Counsel for Plaintiffs Linda Crawford, Michael Price, and the Proposed Class*

By: */s/ Gary E. Mason*
Michael C. Subit (WSBA 29189)
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711
msubit@frankfreed.com

Gary E. Mason
Danielle L. Perry (*Pro Hac Vice*)
Lisa A. White
**MASON LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Counsel for Plaintiff Eva Dresch and the Proposed Class*

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 9

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2
By: */s/ Jason T. Dennett*                                By: */s/ Jennifer Rust Murray*

3
Jason T. Dennett (WSBA 30686)                    Beth E Terrell
Rebecca L. Solomon (WSBA 51520)             Jennifer Rust Murray

4
**TOUSLEY BRAIN STEPHENS PLLC**          **TERRELL MARSHALL LAW**
1200 Fifth Avenue, Suite 1700                        **GROUP PLLC**

5
Seattle, WA 98101-3147                                  936 N 34TH St, Ste 300
Telephone: (206) 682-5600                              Seattle, WA 98103-8869

6
Facsimile: (206) 682-992                                 206-816-6603/Fax: 206-319-5450

7
jdennett@tousley.com                                      Email: bterrell@terrellmarshall.com
rsolomon@tousley.com                                    Email: jmurray@terrellmarshall.com

8

9
Terence R. Coates (*Pro Hac Vice*)                 Benjamin F. Johns (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO,**      Samantha E. Holbrook (*Pro Hac Vice*)

10
**LLC**                                                            **CHIMICLES SCHWARTZ KRINER &**
119 E. Court Street, Suite 530                          **DONALDSON-SMITH LLP**

11
Cincinnati, OH 45202                                      One Haverford Centre
Telephone: (513) 651-3700                              361 Lancaster Avenue

12
Facsimile: (513) 665-0219                               Haverford, Pennsylvania 19041
tcoates@msdlegal.com                                     Telephone: (610) 642-8500

13
                                                                       bfj@chimicles.com
Joseph M. Lyon (*Pro Hac Vice*)                   seh@chimicles.com

14
**THE LYON FIRM**

15
2754 Erie Avenue                                            *Counsel for Plaintiffs Julie Mack, Joanne*
Cincinnati, OH 45208                                     *Mullins, Ingrid Cox, and the Proposed Class*

16
Telephone: (513) 381-2333
Facsimile: (513) 721-1178

17
jlyon@thelyonfirm.com

18
*Counsel for Plaintiff Cynthia Strecker and the*

19
*Proposed Class*

20

21
By: */s/ Jason T. Dennett*                                By: */s/ Jaime Drozd Allen*

22
Jason T. Dennett (WSBA 30686)                    Jaime Drozd Allen (WSBA #35742)
Rebecca L. Solomon (WSBA 51520)             **DAVIS WRIGHT TREMAINE**

23
**TOUSLEY BRAIN STEPHENS PLLC**          920 Fifth Avenue, Suite 3300
1200 Fifth Avenue, Suite 1700                        Seattle, WA 98104-1610

24
Seattle, WA 98101-3147                                  Telephone: 206-622-3150
Telephone: (206) 682-5600                              Facsimile: 206-757-7700

25
Facsimile: (206) 682-992                                 jaimeallen@dwt.com

26
jdennett@tousley.com
rsolomon@tousley.com

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 10

1

2 William B. Federman
(Admitted *Pro Hac Vice*)
3 **FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
4 Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
5 Facsimile: (405) 239-2112
wbf@federmanlaw.com
6

7 A. Brooke Murphy
(Admitted *Pro Hac Vice*)
8 **MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
9 Oklahoma City, OK 73108
Telephone: (405) 389-4989
10 abm@murphylegalfirm.com

11
*Counsel for Plaintiff and the Putative Class*
12 *Kenneth Hensley as legal guardian of minor*
*R.H.*
13

Stephen L. Saxl (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 805-9371
Saxls@gtlaw.com

Christopher S. Dodrill (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3681
dodrillc@gtlaw.com

Jena Valdetero (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 456-8400
valdeteroj@gtlaw.com

14

15 *Counsel for Defendant MCG Health, LLC*

16 PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED**.

17

18 Dated this 17th day of August, 2022.

19

20 David W. Christel
United States Magistrate Judge

21

22

23

24

25

26

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 11

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992